IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARGARET DAYTON and EVERETT JONES, | § § § | No. 230, 2020 |
| Plaintiffs Below, Appellants/Cross-Appellees, | § § § § | Court Below – Superior Court of the State of Delaware |
| v. | § § | |
| WILLIAM COLLISON, | § § | C.A. No. N17C-08-100 |
| Defendant Below, Appellee/Cross-Appellant. | § § § | |

Submitted: March 24, 2021
Decided: April 14, 2021

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

On this 14th day of April, 2021, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its September 24, 2019 opinion and its June 22, 2020 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice